IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERICK D. TATE, | ) |
|     Plaintiff, | ) |
| vs. | )    Case No. 13-cv-01001-JPG-PMF |
| DONALD GAETZ, *et al.*, | ) |
|     Defendants. | ) |

### MEMORANDUM AND ORDER

This matter comes before the court on Plaintiff's Motion (Doc. 47) for Reconsideration of this Court's Memorandum and Order (Doc. 34) adopting the Report and Recommendation (R & R)(Doc. 30) of Magistrate Judge Fraizer and dismissing Defendant Brown.

"A court has the power to revisit prior decisions of its own . . . in any circumstance, although as a rule courts should be loathe to do so in the absence of extraordinary circumstances such as where the initial decision was 'clearly erroneous and would work a manifest injustice.'" *Christianson v. Colt Indus. Operating Corp.*, 486 U.S. 800, 817 (1988) (quoting *Arizona v. California*, 460 U.S. 605, 618 n. 8 (1983));  Fed. R. Civ. P. 54(b) (providing a non-final order "may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties').

Plaintiff previously filed a Motion for Reconsideration (Doc. 35) which was denied on September 16, 2015.  Plaintiff now motions again for reconsideration without providing the Court any reference to indicate this Court's prior decision adopting the R & R and/or its previous denial of Plaintiff's Motion to Reconsider, was clearly erroneous or a manifest injustice.

2

There is only so much reconsideration that the Court can do and Plaintiff is **ADVISED** that the Court will not entertain additional requests for reconsideration of its Order (Doc. 34)

Based on the above, Plaintiff's Motion (Doc. 47) for Reconsideration is **DENIED**.

**IT IS SO ORDERED.**

**DATED:**  10/29/2015

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**